

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONTE PATTERSON | Case No.<br><br>Violations: Title 18, United States Code, Sections 924(c)(1)(A), 1951(a), 2119<br>1:25CR348<br>Judge Robert W. Gettleman<br>Magistrate Judge Young B. Kim<br>Cat 4 Random Assignment |

### COUNT ONE

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about August 20, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

DONTE PATTERSON,

defendant herein, with intent to cause death and serious bodily harm, took a motor vehicle, namely, a 2012 Toyota Camry, that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim A by force, violence, and intimidation;

In violation of Title 18, United States Code, Section 2119.

## COUNT TWO

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about August 20, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

DONTE PATTERSON,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking in violation of Title 18, United States Code, Section 2119, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about August 20, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

DONTE PATTERSON,

defendant herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce by robbery, in that the defendant did unlawfully take and obtain a wire transfer of money from the person and presence of Victim A in Chicago, Illinois, against Victim A's will, by means of actual and threatened force, and fear of injury to Victim A;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about August 20, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

DONTE PATTERSON,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, Hobbs Act robbery in violation of Title 18, United States Code, Section 1951(a), as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY